UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL YEH,<br><br>             Defendant. | No. 2:20-cv-1032 JAM DB P<br><br><br>ORDER |

       Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendant violated his rights under the Eighth Amendment by failing to provide treatment and accommodation for a serious medical condition.

       On June 21, 2021, defendant filed a motion to opt out of the post-screening ADR project. (ECF No. 18.) Defendant argues the court should grant the motion to opt out because after speaking with plaintiff by mail they have determined that a settlement conference would not be productive. (Id. at 2.) After reviewing the motion, the court finds good cause to grant defendant's motion.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 18) is granted and the stay of this action is lifted;
2. The settlement conference scheduled for September 28, 2021 is vacated;
3. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated: June 24, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil.Rights/ilsu1032.opt.out

2