IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORY ILSUNG,**<br><br>Plaintiff,<br><br>v.<br><br>**YEH,**<br><br>Defendant. | Case No. 2:20-cv-01032 JAM DB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, Defendant's motion to modify the discovery and scheduling order is GRANTED. The discovery and dispositive motion deadlines stated in the court's July 21, 2021 discovery and scheduling order (ECF No. 21) are vacated. If necessary, the Court will set new discovery deadlines after the district court issues an order regarding the recommendation to dismiss this action (ECF No. 30). All other deadlines remain unchanged.

Dated: November 15, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/ilsu1032.vacatedates